1  TAMOR & TAMOR
   RICHARD A. TAMOR
2  1901 Harrison, 9th Floor
   Oakland, CA 94612
3  Telephone:   (510) 874-4170
   Facsimile:   (510) 874-4174
4  web: www.TamorLaw.com

5  Attorneys for Defendant MUNASAR ALZOQARI

6

7                  IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10                                              4-mj-07-70061
    UNITED STATES OF AMERICA,      )   Case No.  ~~MJ-07-70061~~ (WDB )
11                                 )
                  Plaintiff,       )
12                                 )   **STIPULATION AND [~~PROPOSED~~]**
         vs.                       )   **ORDER CONTINUING THE MAY**
13                                 )   **23, 2007 ARRAIGNMENT OR**
                                   )   **PRELIMINARY HEARING DATE**
    MUNASAR ALZOQARI,              )   **TO JUNE 27, 2007 AT 10:00 A.M.**
14                                 )
                                   )
15                                 )
                  Defendant.       )
16  _____   )

17

18

19

20        Richard Tamor, counsel for defendant MUNASAR ALZOQARI, and Assistant United

21  States Attorney George L. Bevan, Jr., counsel for the UNITED STATES,  with the Court's

22  permission, hereby stipulate to continue the Arraignment or Preliminary Hearing Date currently

23  scheduled for May 23, 2007 at 10:00 a.m. to June 27, 2007 at 10:00 a.m.

24        Undersigned counsel request this continuance because undersigned counsel are having

25  continuing discussions regarding a potential Pre-Indictment disposition in this matter.  By his

26  signature below, the defendant acknowledges that he has a right, under 18 U.S.C. Section

27  3161(b)  to have an Indictment or Information filed against within thirty days of his arrest, and

28  he knowingly and voluntarily gives up that right up to and until June 27, 2007.

1    It is so stipulated,

2

3    Dated: May 18, 2007

     _____/s/_____
4                                        Richard A. Tamor, Esq.
                                         Attorneys for Defendant, Munasar Alzoqari

5

6    Dated: May 18, 2007

     _____/s/_____
                                         George L. Bevan, Jr.
7                                        Assistant United States Attorney
                                         Attorney for the United States

8

9    Dated: May 18, 2007

     _____/s/_____
                                         Munasar Alozoqari
                                         Defendant

10   ///

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27                    **ORDER**

28

1

**FOR GOOD CAUSE SHOWN,**

2

**IT IS ORDERED that the Preliminary Hearing or Arraignment Date previously**

3

**scheduled for May 23, 2007 at 10:00 a.m. is HEREBY CONTINUED to June 27, 2007, at**

4

**10:00 a.m.**

5

6

**Dated: May** 21 **, 2007**

7



8

_____

**Hon.**

**United                       Magistrate Judge**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28