1  TAMOR & TAMOR
   RICHARD A. TAMOR
2  1901 Harrison, 9th Floor
   Oakland, CA 94612
3  Telephone:  (510) 874-4170
   Facsimile:  (510) 874-4174
4  web: www.TamorLaw.com

5  Attorneys for Defendant MUNASAR ALZOQARI

6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          )   Case No.  ~~MJ~~-07-70061 (WDB )
                                                      4-
11                                    )
                  Plaintiff,          )
12                                    )   **STIPULATION AND [PROPOSED]**
     vs.                              )   **ORDER CONTINUING THE**
13                                    )   **AUGUST 8, 2007 ARRAIGNMENT**
                                      )   **OR PRELIMINARY HEARING**
14 MUNASAR ALZOQARI,                  )   **DATE TO AUGUST 28, 2007 AT**
                                      )   **10:00 A.M.**
15                                    )
                                      )
16                Defendant.          )
   _____   )
17

18

19

20        Richard Tamor, counsel for defendant MUNASAR ALZOQARI, and Assistant United

21 States Attorney George L. Bevan, Jr., counsel for the UNITED STATES,  with the Court's

22 permission, hereby stipulate to continue the Arraignment or Preliminary Hearing Date currently

23 scheduled for August 8, 2007 at 10:00 a.m. to August 28, 2007 at 10:00 a.m.

24        Undersigned counsel request this continuance because undersigned defense counsel is

25 still in the process of investigation and research of this matter that needs to be completed to

26 adequately advise the defendant.  In addition, undersigned counsel are having continuing

27 discussions regarding a potential Pre-Indictment disposition in this matter.  By his signature

28 below, the defendant acknowledges that he has a right, under 18 U.S.C. Section 3161(b)  to have

1  an Indictment or Information filed against within thirty days of his arrest, and he knowingly and

2  voluntarily gives up that right up to and until August 28, 2007.

3          It is so stipulated,

4

5  Dated: August 7, 2007

                                        _____/s/_____
6                                       Richard A. Tamor, Esq.
                                        Attorneys for Defendant, Munasar Alzoqari
7

8  Dated: August 7, 2007               _____/s/_____
                                        George L. Bevan, Jr.
9                                       Assistant United States Attorney
                                        Attorney for the United States

10

11 Dated: August 7, 2007               _____/s/_____
                                        Munasar Alozoqari
                                        Defendant

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28

1

2

**ORDER**

3

**FOR GOOD CAUSE SHOWN,**

4

**IT IS ORDERED that the Preliminary Hearing or Arraignment Date previously**

5

**scheduled for August 8, 2007 at 10:00 a.m. is HEREBY CONTINUED to August 28, 2007,**

6

**at 10:00 a.m.**

7

8

**Dated: August _ 7 _, 2007**



9

10

**Hon. W**
**United States Magistrate Judge**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28